**DISMISS and Opinion Filed January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00025-CV

**ERICA STENSON, Appellant**
**V.**
**HIGH POINTE VILLAGE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07145-D**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Bridges

In a letter dated December 5, 2013, the Court informed appellant that her brief was past due and directed her to file her brief along with an extension motion by December 16, 2013. We cautioned appellant that failure to file her brief by the requested date would result in dismissal of her appeal without further notice. As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).

130025F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERICA STENSON, Appellant

No. 05-13-00025-CV      V.

HIGH POINTE VILLAGE, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas.
Trial Court Cause No. CC-12-07145-D.
Opinion delivered by Justice Bridges.
Justices Moseley and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, HIGH POINTE VILLAGE, recover its costs of this appeal from appellant, ERICA STENSON.

Judgment entered January 22, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

–2–